IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY PRINCE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 09-cv-248-MJR |
| | ) |
| LISA J. W. HOLLINGSWORTH, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Michael J. Reagan, and the following decision was reached:

**IT IS ORDERED** that Petitioner Stanley Prince shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 11/5/2009

NANCY J. ROSENSTENGEL, CLERK


By: s/ Annie McGraw
Deputy Clerk


APPROVED:  / **Michael J. Reagan**
Michael J. Reagan
United States District Judge