IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY PRINCE, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) CIVIL NO. 09-cv-248-MJR |
| LISA J. W. HOLLINGSWORTH, | ) ) ) |
| Respondent. | ) |

MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Petitioner has appealed the dismissal of his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, and now asks this Court to issue a "certificate of appealability" pursuant to 28 U.S.C. § 2253(c), which provides in pertinent part:

> Unless a circuit justice of judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from ---
> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
> (B) the final order in a proceeding under section 2255.

28 U.S.C. § 2253(c)(1).

Petitioner's § 2241 petition is neither a proceeding under section § 2255, nor is it a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court. Consequently, no certificate of appealability is necessary for Petitioner to perfect his appeal. Fed.R.App.P. 22(b); 28 U.S.C. § 2253(c). Accordingly, Petitioner's Motion for Certificate of Appealability (Doc. 8) is **DENIED** as **MOOT.**

**IT IS SO ORDERED.**

**DATED this 15th day of December, 2009.**

                **s/ Michael J. Reagan**
                **MICHAEL J. REAGAN**
                **United States District Judge**